NELSON, Respondent, v. MARYLAND CAS-UALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Joseph B. Nelson against the Maryland Casualty Company. No opinion. Application denied, with $10 costs.

NEWELL, Respondent, v. NEW YORK CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Jacob G. Newell, as administrator, etc., of Jacob Newell, deceased, against the New York Central Railroad Company, etc. No opinion. Judgment and order unanimously affirmed, with costs.

NEW SCOTLAND AVE. TRANSP. CO., Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by the New Scotland Avenue Transportation Company against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. TOWN OF GHENT et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by the New York Central & Hudson River Railroad Company against the Town of Ghent, John I. Kittle, and others. No opinion. Judgment unanimously affirmed, with costs.

NEW YORK INTERURBAN WATER CO., Respondent, v. FAIRCHILD et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by the New York Interurban Water Company against John F. Fairchild and another.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order of the County Court of Westchester County affirmed as to defendant Fairchild, with costs. Judgment and order of said court reversed as to defendant Lincoln Manor Realty Company, and complaint dismissed, with costs.

NEW YORK, W. & B. R. CO., Respondent, v. CITY OF NEW ROCHELLE, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by the New York, Westchester & Boston Railway Company against the City of New Rochelle.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: For a long course of years, whenever the courts in this state have reviewed assessments for local improvements, made by bodies other than the Legislature, they have determined that, because there is no benefit, the right of way of a railroad corporation is not assessable. The Legislature may doubtless change this policy and by its action foreclose judicial review because there would be enough reason to support an argument in favor of the assessment. The intention to subject that class

of property to such assessment must, however, be clearly and unmistakably expressed, and may not be gathered from a provision in the city charter which simply imposes the cost upon abutting property and directs an assessment thereon in proportion to its frontage. See People, etc., ex rel. New York, Westchester & Boston Ry. Co. v. Waldorf, Mayor. etc., decided by this court June 11, 1915, 153 N. Y. Supp. 1072. Judgment affirmed, without costs.

NIEBRUGGE et al., Respondents, v. KALDENBERG, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Wm. P. Niebrugge and others against Forrest Kaldenberg. C. R. Bradbury, of New York City, for appellant. P. G. Burroughs, of New York City, for respondents. No opinion. Order modified by providing that the order for examination of defendant before trial be limited to an examination as to facts necessary to sustain plaintiffs' cause of action, and as so modified affirmed, without costs. Settle order on notice.

NIEHAUS, Appellant, v. McNULTY, Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Charles H. Niehaus against Patrick McNulty. No opinion. Judgment and order of the City Court of New Rochelle reversed, and new trial ordered, costs to abide the event, on the ground that the verdict was against the weight of evidence.

NILES v. SCHOENE. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Isabelle M. Niles against Lothar Schoene. No opinion. Application denied, with $10 costs. Order signed.

NOLLER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Alice Noller, as administratrix, etc., of William C. R. Noller, deceased, against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

NORTHERN BANK OF NEW YORK v. FLEITMANN. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the Northern Bank of New York against Lida M. Fleitmann, as administratrix. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

O'BANKS, Respondent, v. TOWN OF PHILIPSTOWN, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Sarah E. O'Banks, as administratrix, etc., of Charles S. O'Banks, deceased, against the Town of Philipstown. No opinion. Judgment and order unanimously affirmed, with costs.